case being resubmitted, and assigned to the writer, we find ourselves still in agreement with the views set forth herein above. The cases cited by appellant's counsel have each been examined, but the holdings in none of them seem to us in conflict with our holding here.

The judgment of conviction is affirmed.

Affirmed.

(133 So. 924)

#### Howard LA CROIX v. STATE.
#### 4 Div. 610.

Court of Appeals of Alabama.

April 7, 1931.

RICE, J.
Appeal dismissed.

(132 So. 918)

#### Edgar LAMAR v. STATE.
#### 8 Div. 146.

Court of Appeals of Alabama.

Jan. 27, 1931.

RICE, J.
Appeal dismissed.

(134 So. 922)

#### Floyd LANDERS v. STATE.
#### 8 Div. 277.

Court of Appeals of Alabama.

May 26, 1931.

SAMFORD, J.
Appeal dismissed.

(132 So. 918)

#### Buckey LANDMAN v. STATE.
#### 8 Div. 27.

Court of Appeals of Alabama.

Jan. 27, 1931.

SAMFORD, J.
Appeal dismissed.

(132 So. 919)

#### Lester LANG v. STATE.
#### 8 Div. 326.

Court of Appeals of Alabama.

Jan. 27, 1931.

SAMFORD, J.
Affirmed.

(131 So. 922)

#### Le Roy LANGFORD v. STATE.
#### 3 Div. 686.

Court of Appeals of Alabama.

Jan. 13, 1931.

RICE, J.
Affirmed.

(130 So. 923)

#### William LANGLEY v. STATE.
#### 4 Div. 692.

Court of Appeals of Alabama.

Nov. 11, 1930.

SAMFORD, J.
Appeal dismissed.